UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALEXA N. BRISTOL

      v.            Civil No.  3:13cv911 (JBA)

THEODORE TRUDON
LAKE POCOTOPAUG AUTO LLC
CREDIT ACCEPTANCE CORP.

## DEFAULT JUDGMENT

This action came on for consideration before the Honorable Janet Bond Arterton, U.S.D.J. as a result of the plaintiff's motion to enter default judgment.

On September 9, 2013 default was entered against the defendants Theodore Trudon, and Lake Pocotopaug Auto, LLC.  The plaintiff filed a motion for default judgment which was granted absent objection on   February 19, 2014, in the amount $15,600.00 as follows: Net actual damages $2,500.00, TILA statutory damages $2,000.00 and punitive damages of $11,100.00.

Therefore, it is hereby **ORDERED** and **ADJUDGED** that  judgment is entered in favor of the plaintiff in the amount $15,600.00 as follows: Net actual damages $2,500.00, TILA statutory damages $2,000.00 and punitive damages of $11,100.00.

Dated at New Haven, Connecticut : February 24, 2014

           Robin D. Tabora, Clerk

           _____/s/_____
           Betty J. Torday
           Deputy Clerk

EOD 2/24/14