UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEXA N. BRISTOL | ) | CIVIL ACTION NO. |
|    Plaintiff | ) | 3:13-CV-00911-JBA |
| | ) | |
| v. | ) | |
| | ) | |
| LAKE POCOTOPAUG AUTO, LLC, | ) | |
| THEODORE TRUDON, and CREDIT | ) | |
| ACCEPTANCE CORPORATION | ) | |
|    Defendants | ) | JUNE 27, 2014 |
| | ) | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff, Alexa N. Bristol, through her attorney, and the defendant, Credit Acceptance Corporation, through its attorney, hereby stipulate and agree that the above-captioned action, including all claims and causes of action that are, were, or could have been brought or asserted herein by Plaintiff, is voluntarily dismissed with prejudice, and without costs or attorneys' fees, as to CREDIT ACCEPTANCE CORPORATION ONLY.

Plaintiff, Alexa N. Bristol

By: /s/ *Daniel S. Blinn*
    Daniel S. Blinn  (ct02188)
    Consumer Law Group, LLC
    35 Cold Spring Road, Suite 512
    Rocky Hill, CT  06067
    Tel:  (860) 571-0408; Fax: (860) 571-7457
    dblinn@consumerlawgroup.com

Defendant, Credit Acceptance Corporation

By:  /s/ *Matthew D. Sobolewski*
      Matthew D. Sobolewski (phv05637)
      Seiger Gfeller Laurie LLP
      330 Madison Avenue, Sixth Floor
      New York, NY 10017
      Tel:  (212) 653-8867; Fax: (646) 495-5006
      msobolewski@sgllawgroup.com


## CERTIFICATION

I hereby certify that on this 27th day of June, 2014, a copy of foregoing Joint Stipulation of Voluntary Dismissal with Prejudice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


/s/ *Daniel S. Blinn*
Daniel S. Blinn