UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALEXA N. BRISTOL,

     v.                                  Civil No.  3:13cv911 (JBA)

THEODORE TRUDON,
LAKE POCOTOPAUG AUTO LLC,

## AMENDED DEFAULT JUDGMENT

     This action came on for consideration before the Honorable Janet Bond Arterton, United States District Judge as a result of the plaintiff's motion to enter default judgment.

     On September 9, 2013 default was entered against defendants Theodore Trudon, and Lake Pocotopaug Auto, LLC.  The plaintiff filed a motion for default judgment, which was granted absent objection on February 19, 2014, in the amount $15,600.00, as follows: Net actual damages $2,500.00, TILA statutory damages $2,000.00 and punitive damages of $11,100.00.  On June 27, 2014, the Court granted, as modified, plaintiff's motion for attorney fees and costs in the amount of $7,662.50.

     Therefore, it is hereby **ORDERED** and **ADJUDGED** that judgment is entered in favor of the plaintiff against defendants, Theodore Trudon and Lake Pocotopaug  Auto LLC in the amount $15,600.00, as follows: Net actual damages $2,500.00, TILA statutory damages $2,000.00, punitive damages of $11,100.00 and attorney fees and costs in the amount of $7,662.50.

     Dated at New Haven, Connecticut on November 10, 2014

                                                             Robin D. Tabora, Clerk

                                                          _____/s/_____
                                                              Betty J. Torday

EOD 11/10/14                                                Deputy Clerk